JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO VITANGCOL an individual, on behalf of himself, all aggrieved employees, and the State of California as a Private Attorneys General,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EVERON, LLC, a Florida limited liability company; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:25-cv-10248-RGK-MBK<br><br>[~~PROPOSED~~] ORDER<br><br>[14] |

　　The Court, having reviewed the Parties' Joint Stipulation and good cause appearing therefore, hereby orders as follows: The Stipulation is **GRANTED**. This action is hereby remanded to the Superior Court of California, County of Los Angeles. Once the Action is remanded to the Superior Court of California, County of Los Angeles, the Parties are **ORDERED** to file a Stipulation to Arbitrate Individual Claims and Stay the Action.  Each Party to bear their own attorneys' fees and costs in relation to the remand.   All pending dates before this  Court are vacated.

**IT IS SO ORDERED.**

Dated: 11/20/2025

*/s/ Gary Klausner*

Hon. R. Gary Klausner
U.S. District Judge

**cc: LASC, 25STCV27145**